The People of the State of New York, Respondent,
against
Oliver Martinez, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Gilbert C. Hong, J.), rendered May 25, 2016, convicting him, upon a plea of guilty, of aggressive begging in a public place, and imposing sentence.




Per Curiam.
Judgment of conviction (Gilbert C. Hong, J.), rendered May 25, 2016, affirmed.
Our review of the record indicates that defendant's guilty plea was entered knowingly, voluntarily, and intelligently with the aid of counsel, and after the court sufficiently advised defendant of the constitutional rights he would be giving up by pleading guilty (see People v Conceicao, 26 NY3d 375 [2015]; People v Sougou, 26 NY3d 1052 [2015]). Contrary to defendant's present contention, a plea of guilty will be sustained in the absence of a full factual allocution where, as here, defendant understood the charges and made an intelligent decision to enter a plea (see People v Goldstein, 12 NY3d 295, 300-301 [2009]). 
In any event, the only relief that defendant requests is dismissal of the accusatory instrument, and he expressly requests that this Court affirm his conviction if it does not grant a dismissal. Since we do not find that dismissal would be appropriate, we affirm on this basis as well (see People v Conceicao, 26 NY3d at 385 n 1; People v Teron, 139 AD3d 450 [2016]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: May 23, 2018